WILLIAM E. GAGEN, JR. CSB #043832
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
279 Front Street
P.O. Box 218
Danville, CA  94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
CHRISTOPHER BUTLER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER BUTLER,<br><br>　　　　Defendant.<br>_____/ | No.: CR11 0529 SBA<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO SET DATE FOR CHANGE OF PLEA AND TO VACATE BRIEFING SCHEDULE AND THE PRETRIAL MOTION HEARING DATE PRESENTLY SCHEDULED FOR JUNE 11, 2012**<br><br>Date:  April 26, 2012<br>Time:  TBD |

　　　　Defendant Christopher Butler, by and through his counsel William E. Gagen, Jr., and Plaintiff United States of America, through its counsel Assistant United States Attorney Hartley M.K. West, hereby request that the Court place this matter on its 10:00 or 11:00 a.m. calendar on April 26, 2012 for change of plea.  The reason for this request is that the United States and Defendant have agreed on the terms of a plea agreement.  Government counsel, Assistant United States Attorney Hartley M.K. West, and defense counsel have consulted on this request and each counsel is prepared to go forward with the change of plea process on April 26, 2012.

　　　　The parties further stipulate that the pretrial briefing schedule, including the dates

Law Offices of
**GAGEN, MCCOY, MCMAHON, KOSS, MARKOWITZ & RAINES**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

STIPULATED MOTION AND [PROPOSED] ORDER TO SET DATE FOR CHANGE OF PLEA AND TO VACATE BRIEFING SCHEDULE AND THE PRETRIAL MOTION HEARING DATE PRESENTLY SCHEDULED FOR JUNE 11, 2012

F:\CLWEG\51082\Federal case\Stip-Order Change Plea.doc

1 previously assigned of April 27, May 11 and May 18, 2012, as well as the Pretrial Motion
2 hearing on the Court's calendar for June 11, 2012, be vacated.

3 Dated: April 13, 2012          GAGEN, MCCOY, MCMAHON, KOSS,
                                 MARKOWITZ & RAINES
4                                A Professional Corporation

5

6                                By:_____/s/_____
                                    WILLIAM E. GAGEN, JR.
                                    Attorneys for Defendant
7                                   CHRISTOPHER BUTLER

8

9 Dated: April ____, 2012        By_____/s/_____
                                    HARTLEY M.K. WEST
10                                  Assistant United States Attorney

11

12

13                          ORDER [PROPOSED]

14     For the reasons stated above and pursuant to the parties' stipulation, the Court
15 hereby sets the Change of Plea of Defendant Christopher Butler to April 26, 2012, at
16 _____. Further, the Court vacates the previously set Pretrial Hearing
17 on June 11, 2012, as well as the pretrial motion due dates.
18     SO ORDERED.

19

20 Dated April _____, 2012        _____
                                  SAUNDRA BROWN ARMSTRONG
21                                United States Senior District Judge

Law Offices of
**GAGEN, MCCOY, MCMAHON, KOSS, MARKOWITZ & RAINES**
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

- 2 -
STIPULATED MOTION AND [PROPOSED] ORDER TO SET DATE FOR CHANGE OF PLEA AND TO VACATE BRIEFING SCHEDULE AND THE PRETRIAL MOTION HEARING DATE PRESENTLY SCHEDULED FOR JUNE 11, 2012
F:\CLWEG\51082\Federal case\Stip-Order Change Plea.doc