MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0529-2 SBA |
|     Plaintiff, ) | STIPULATION AND ORDER TO SET DATE FOR CHANGE OF PLEA AND TO VACATE BRIEFING SCHEDULE AND THE PRETRIAL MOTION HEARING DATE PRESENTLY SCHEDULED FOR JUNE 12, 2012 |
| v. ) | |
| CHRISTOPHER BUTLER, ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED by and between defendant Christopher Butler, by and through his counsel William E. Gagen, Jr., and Plaintiff United States of America, through its counsel Assistant United States Attorney Hartley M. K. West, that the Court place this matter on its 10:00 a.m. calendar on May 4, 2012, for change of plea.  The reason for this request is that the United States and defendant have agreed on the terms of a plea agreement.  Counsel for both parties have consulted on this request and are prepared to go forward with the change of plea process on May 4, 2012.

/ / /

/ / /

STIPULATION & [PROPOSED] ORDER TO SET DATE FOR
CHANGE OF PLEA & TO VACATE BRIEFING SCHEDULE
CR 11-0529-2 SBA

The parties further stipulate that the pretrial briefing schedule, including the dates previously assigned of April 27, May 11, and May 18, 2012, as well as the Pretrial Motion hearing on the Court's calendar for June 12, 2012, be vacated.

Dated:  May 1, 2012                                         MELINDA HAAG
                                                            United States Attorney


                                                            _____/s/_____
                                                            HARTLEY M. K. WEST
                                                            Assistant United States Attorney


Dated:  May 1, 2012                                         _____/s/_____
                                                            WILLIAM GAGEN
                                                            Attorney for Defendant


                                    ORDER

Upon stipulation of the parties, and good cause appearing, the Court hereby sets the Change of Plea of Defendant Christopher Butler for May 4, 2012, at 10:00 a.m.  The Court vacates the previously set Pretrial Hearing on June 12, 2012, as well as the pretrial motion due dates.

Dated:  May 2, 2012                                         _____
                                                            HON. SAUNDRA BROWN ARMSTRONG
                                                            United States District Judge

STIPULATION & [PROPOSED] ORDER TO SET DATE FOR
CHANGE OF PLEA & TO VACATE BRIEFING SCHEDULE
CR 11-0529-2 SBA                                 2