IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER BUTLER,<br><br>    Defendant.<br>_____/ | No. CR 11-00529-2 CRB<br><br>**ORDER REDUCING SENTENCE** |

Upon motion of the government, and pursuant to Federal Rule of Criminal Procedure 35(b)(1), the Court hereby REDUCES Defendant Christopher Butler's sentence to a total of 84 months' imprisonment.

**IT IS SO ORDERED.**

Dated: April 28, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\529\order reducing sentence.wpd